IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHAEL D. DYER, *et al.*,  :

     Plaintiffs,

              Case No. 3:24-cv-300

     v.  :

              Judge Walter H. Rice

SHERIFF OF
MONTGOMERY COUNTY,
OHIO, JAIL, *et al.*,  :

              Mag. Judge Caroline H. Gentry

     Defendants.

---

ORDER DISMISSING CAPTIONED CASE WITHOUT PREJUDICE FOR PLAINTIFFS' FAILURE TO PAY $405.00 FILING FEE WITHIN TIME ALLOTTED BY THE COURT, AND OVERRULING AS MOOT PLAINTIFF MICHAEL DYER'S MOTIONS FOR DISCOVERY (DOC. #33), RELIEF FROM JUDGMENT (DOCS. #35, 37), RECONSIDERATION (DOC. #36), DEFAULT JUDGMENT (DOC. #40), AND CONTEMPT (DOC. #41); TERMINATION ENTRY

---

On February 27, 2026, the Court overruled the Initial and Supplemental Motions of Plaintiff Michael D. Dyer to Proceed *In Forma Pauperis* and directed Dyer and the eighteen other Plaintiffs "to pay $21.32 ($405 ÷ 19 = $21.32) within FORTY-FIVE (45) DAYS of Entry.  If none of the Plaintiffs pays the *pro rata* share, then the case will be dismissed without prejudice and terminated upon the docket records of this Court."  (Order, Doc. #31, PAGEID 161-62).[1]  To date, none of the

---

[1] While, in its previous Order, the Court discussed how the "imminent risk of serious injury" exception to the "three-strikes rule" is measured at the time of filing the complaint (Doc. #31, PAGEID 160 (collecting cases), citing 28 U.S.C. § 1915(g)), the Court, out of an abundance of

Plaintiffs has paid any portion of the fee; nor has any of the Plaintiffs attempted to seek relief from the Order. Accordingly, the case is DISMISSED WITHOUT PREJUDICE, and Plaintiff Dyer's Motions for Discovery (Doc. #33), Relief from Judgment (Docs. #35, 37), Reconsideration (Doc. #36), Default Judgment (Doc. #40), and Contempt (Doc. #41) are OVERRULED AS MOOT.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

IT IS SO ORDERED.

July 6, 2026

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

---

caution, evaluated Plaintiff Dyer's medical records from his time at the Montgomery County, Ohio, Jail. While Plaintiff Dyer certainly experienced respiratory problems, which Plaintiff Dyer attributed to black mold at the Jail, his symptoms fell well short of an imminent risk of serious injury. Thus, regardless of the time at which the serious injury risk is measured, Plaintiff Dyer would not have qualified for the three-strikes exception.